IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

TOMMY STRONG                                                                                           PLAINTIFF

VS.                                                     CIVIL ACTION NUMBER 3:11 – CV – 705 – DPJ – FKB

BASS PRO SHOP, EASTMAN
OUTDOORS, INC. AND JOHN DOES 1-10                                                      DEFENDANTS

NOTICE OF DEPOSITION

TO:   Roy A. Smith
      Steven J. Griffin
      Daniel Coker Horton & Bell, P.A.
      P.O. Box 1084
      Jackson, Mississippi 39215-1084
      *Attorney for Defendant*

PLEASE TAKE NOTICE that Plaintiff, by and through undersigned counsel, will take deposition of Lennie Rezmer, beginning at 9:00 a.m., on Thursday, November 1, 2012, at Clark Hill, PLC, Detroit Office, 500 Woodward Avenue, Suite 3500, Detroit, MI 48226.

This deposition will be taken upon oath before an official authorized to administer oaths and is to continue as long thereafter as reasonably necessary to complete same.

Further, this deposition is to be taken pursuant to the Rule 30 of the Mississippi Rules of Civil Procedure, as well as any other applicable laws, and is for all lawful purposes. In accordance with Rule 30(b) of the Mississippi Rules of Civil Procedure, this testimony may be recorded stenographically, as well as by video.

Respectfully submitted, this the 19th day of October, 2012.

TOMMY STRONG, PLAINTIFF

BY:   /s/ Brandon I. Dorsey
      BRANDON I. DORSEY, MSB # 100291
      ATTORNEY FOR PLAINTIFF

Of Counsel:

MORGAN & MORGAN, P.A.
188 East Capitol Street, Suite 777
Jackson, Mississippi 39201
Telephone: (601) 949-3388
Facsimile: (601) 949-3399
E-mail: bdorsey@forthepeople.com

## CERTIFICATE OF SERVICE

I, Brandon I. Dorsey, do hereby certify that I have this day mailed via U.S. Mail a true and correct copy of the above and foregoing document to:

> Roy A. Smith
> Steven J. Griffin
> Daniel Coker Horton & Bell, P.A.
> P.O. Box 1084
> Jackson, Mississippi 39215-1084

This the 19th day of October, 2012.

> /s/ Brandon I. Dorsey
> BRANDON I. DORSEY